EDWARD SCHWARTZ, PROSECUTOR-APPELLANT, v. THE ESSEX COUNTY BOARD OF TAXATION, THE CITY OF NEWARK, ANNA MYERS PURE FOODS, INC., FLINT & FULTON, INC., TENNERT ORCHARDS, INC., FELDMAN BROS. CO., WEYERHAEUSER TIMBER CO., ATLANTIC TERMINALS, INC., AND MERCHANTS REFRIGERATING CO., INC., RESPONDENTS-APPELLEES.

Submitted February 13, 1943—Decided May 13, 1943.

For the prosecutor-appellant, *Edward Schwartz, pro se.*

For City of Newark, *Raymond Schroeder* and *Thomas L. Parsonnet.*

For Atlantic Terminals, Inc., Weyerhaeuser Timber Co., *McCarter, English & Egner* (*Conover English*).

For Flint & Fulton, Inc., Feldman·Bros. Co., Anna Myers Pure Foods, Inc., *Hobart, Minard & Cooper* (*Duane E. Minard* and *G. Addison Hobart*).

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated by Mr. Justice Colie in his opinion in the Supreme Court, and reported in 129 *N. J. L.* 129. In that case, however, it was stated: "We do not mean to approve the practice of by-passing the State Board of Tax Appeals, excepting where, as here, the single question presented involves a determination of the constitutionality of a legislative act." The jurisdiction of the Supreme Court on *certiorari* is not so limited.

Chief Justice Brogan said in *Duke Power Co.* v. *Somerset County Board of Taxation,* 124 *N. J. L.* 481 (at *p.* 486) : "A challenge to the jurisdiction of a special tribunal or irregularity in its proceeding need not, in the sound discretion of this court, await final judgment." See, also, *Mowery* v. *Camden,* 49 *N. J. L.* 106; *Potter* v. *Fritz,* 54 *Id.* 436; *Landis* v. *Vineland,* 60 *Id.* 271; *Croasdale* v. *Atlantic Quarter Sessions,* 88 *Id.* 506; *Public Service Railway Co.* v. *Camden,* 95 *Id.* 190; *Breen Iron Works* v. *Richardson,* 115 *Id.* 305; *Degenring* v. *Kimble,* 115 *Id.* 379; *Oradell* v. *State Board of Tax Appeals,* 125 *Id.* 37; *Licker* v. *Martin Box Co.,* 127 *Id.* 136.

The judgment is affirmed.

*For affirmance*—PARKER, BODINE, PERSKIE, PORTER, DEAR, WELLS, HAGUE, THOMPSON, JJ. 8.

*For reversal*—THE CHIEF JUSTICE, HEHER, RAFFERTY, JJ. 3.